**LAW OFFICES OF AVRUM J. ROSEN**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: ajrlaw@aol.com

AVRUM J. ROSEN

KIMBERLY I. BERSON
DEBORAH L. DOBBIN
FRED S. KANTROW

October 1, 2004

Chambers of the Honorable E. Thomas Boyle
United States District Court
834 Federal Plaza
Central Islip, New York 11722

*Re: Levin v. Action Funding and Dean Weber, CV No. 01-1028(JS)*

Dear Sir/Madam:

     Enclosed please find our notice of motion for an order holding the defendant, Gene Weber in contempt of this Honorable Court's Order dated August 6, 2004. It is my understanding that Judge Boyle shall try to accommodate our request for a particular return date for our motion, however, due to a heavy docket, Judge Boyle shall select the return date. With that in mind, we respectfully request a return date that allows us the opportunity to personally serve the defendant with this motion as required by rule. In the past, it has been difficult to personally serve this defendant as he often attempts to evade service. Therefore, any date in later October, to early November should allow us sufficient time to effect service.

     Should you have any questions regarding the above please contact the undersigned. Thank you for your courtesies.

                                              Respectfully submitted,

                                              S/Fred S. Kantrow
                                              Fred S. Kantrow

Enc.